# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (415) 436-7700
Fax (415) 436-7706

September 27, 2005

Karen Hom
Courtroom Deputy to the Honorable Joseph C. Spero
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102
**BY HAND DELIVERY**

Re: United States v. Stephen Dahle
CR-05-70772 JCS

Dear Ms. Hom:

I write to ask that this matter, which is presently scheduled for a detention hearing on September 29, 2005, be rescheduled for Wednesday, September 28 at 9:30 AM. I have consulted Pretrial Services Officer Jill Brenny, who has graciously agreed to complete the bail study in time for this appearance. I have also informed the government of this change.

Mr. Dahle is in the custody of the United States Marshals Service.

Please let me know if you have any questions or concerns.

Respectfully,

BARRY J. PORTMAN
Federal Public Defender

JOSH COHEN
Assistant Federal Public Defender

cc: Robin Harris, AUSA
Jill Brenny, U.S. Pretrial Services

Dated: 9/27/2005


IT IS SO ORDERED
Judge Joseph C. Spero